Entered: December 27th, 2017
Signed: December 22nd, 2017

**SO ORDERED**



THOMAS J. CATLIOTA
U.S. BANKRUPTCY JUDGE

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND**
Greenbelt Division

IN RE:
YAKOV DANIEL BRODSKY
AKA YAKOV BRODSKY
ELLENA BRODSKY
AKA ELLEN BRODSKY
    Debtor

Case No. 16-21292-TJC

Chapter 11

SUNTRUST BANK
    Movant
v.
YAKOV DANIEL BRODSKY
AKA YAKOV BRODSKY
ELLENA BRODSKY
AKA ELLEN BRODSKY
    Debtor/Respondent

### AGREED ORDER MODIFYING STAY AS IT APPLIES TO REAL PROPERTY

THIS CAUSE came on for consideration of the Motion of SunTrust Bank ("Movant") for relief from stay (the "Motion"), and the Response by Yakov Daniel Brodsky aka Yakov Brodsky and Ellena Brodsky aka Ellen Brodsky ("Debtor"). The Court, noting the agreement between the Debtor and Movant as to the relief set forth herein, finds it appropriate to grant the relief requested.

THEREFORE, it is ORDERED that:

1.    The Motion is hereby **GRANTED**.

BWW#: MD-311153

2.     The Automatic Stay of 11 U.S.C. § 362(a) (the "Stay") is hereby modified. Movant shall forbear from exercising any right to foreclosure pursuant to the Deed of Trust related to the real property located at 6927 Greentree Road, Bethesda, MD 20817 (the "**Property**") so long as the Debtor remain in compliance with the terms of this Order.

3.     Beginning with the November 1, 2017, present adequate protection payment of $3,800.00, and continuing each month thereafter, until April 1, 2018. The current address for payments is:

> SunTrust Mortgage Inc.
> Bankruptcy Department
> RVW 3034
> P.O. Box 27767
> Richmond, VA 23261

4.     The total post-petition arrearages due to the Movant as of October 10, 2017 is calculated as follows:

| | | |
|---|---|---|
| Five (5) missed payment(s) of $6,518.02 (September 1, 2016 through January 1, 2017) | = | $32,590.10 |
| Nine (9) missed payment(s) of $6,608.44 (February 1, 2017 through October 1, 2017) | = | $59,475.96 |
| **Total Post-Petition Default** | = | **$92,066.06** |

**Estimated Principal due for adequate protection months**

| | | |
|---|---|---|
| Six (6) estimated principal payment(s) of $2722.02 (November 1, 2017 through April 1, 2018) | = | $16,332.12 |

**Estimated Reinstatement Amount (minus interest paid)=     $108,398.18**

5.     The Debtor will attain a contract to sell the property or will cure and pay the Estimated Reinstatement Amount by making a lump-sum payment in the amount estimated above (assuming all adequate protection payments are made in the interim) to Movant at the payment address above, in certified funds, in the amount of $108,398.18 on or before April 15, 2018.

6.     Based upon the lack of equity in the Property, as asserted in the Motion, the parties agree that if the Debtor convert this case to a filing under another Chapter of Title 11 of

the U.S. Code, the Stay is TERMINATED and Movant may immediately exercise all *in rem* rights provided by the Loan Documents and applicable state law, including but not limited to commencing or continuing a foreclosure action, obtaining or transferring title to the Property, and allowing a foreclosure purchaser or transferee to obtain possession of said Property.

7.  If the holder of any other Deed of Trust or lien on the Property obtains relief from the Automatic Stay, then the Movant's obligation to forbear from commencing or continuing a foreclosure proceeding shall immediately terminate without any further proceeding in this Court and the Stay is TERMINATED as to Movant.

8.  In the event that payment required by this Order is not received by Movant when it is due, or some other action required hereunder is not timely completed, Movant shall file a Notice of Non-compliance (the "Notice") and send a copy to the Debtor via first-class mail. The Notice will describe the nature of the default.

9.  Upon the filing of the Notice, the Debtor must take one of the following actions within ten (10) days: i) cure the default or ii) file an objection with the Court stating no default exists.

10. If the Debtor does not take one of the actions within the prescribed time, set forth in the preceding paragraph, the Stay is TERMINATED. Thereafter, Movant may proceed with its *in rem* remedies permitted by the Loan Documents and applicable state law, including but not limited to commencing or continuing a foreclosure action, obtaining or transferring title to the Property, and allowing a foreclosure purchaser or transferee to obtain possession of said Property.

11. The Movant may file a Certificate of Default stating that it has complied with the terms of this Order and may submit, together with the Certificate of Default, a draft order terminating the Stay.

12. If the Debtor default(s) pursuant to the terms of this Order on a second occasion, Movant may file a Certificate of Default advising that the Stay has TERMINATED. The Debtor shall not be entitled to cure the default pursuant to the terms of this Order. Thereafter, Movant may proceed with its *in rem* remedies permitted by the Loan Documents and applicable state law, including but not limited to commencing or continuing a foreclosure action, obtaining or transferring title to the Property, and allowing a foreclosure purchaser or transferee to obtain

BWW#: MD-311153

possession of said Property.

13. Any cure of the Notice must include all amounts set forth therein, including attorneys' fees resulting from the Debtor' default, as well as any payments which have subsequently become due under the terms of this Order and that are due at the time Debtor tenders funds to cure the default. Acceptance of partial payment by the Movant during the cure period shall not constitute a satisfaction or waiver of the Notice.

14. At Movant's discretion, and in order to avoid liquidation of said Property, Movant may offer and provide the Debtor with information regarding a potential Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation options, and may enter into such agreement with the Debtor (subject to further approval by this Court). Movant may also continue to protect its lien pursuant to the Loan Documents, to the extent allowed by law.

15. This Order applies to any successor-in-interest of Movant and shall not be subject to the stay of order referenced in Federal Rule of Bankruptcy Procedure 4001(a)(3).

AGREED:

/s/ Christina Williamson
Christina Williamson. MD Fed. Bar No. 16813
BWW Law Group, LLC
6003 Executive Blvd, Suite 101
Rockville, MD 20852
P: 301-961-6555, F:301-961-6545
bankruptcy@bww-law.com
*Counsel for the Movant*

/s/ David E. Lynn
David E. Lynn, Esq.
15245 Shady Grove Road
Suite 465 North
Rockville, MD 20850
*Counsel for Debtor*

### CERTIFICATION OF CONSENT

I HEREBY CERTIFY that the terms of the copy of the agreed order submitted to the Court are identical to those set forth in the original agreed order; and the signatures represented by the /s/_____ on this copy reference the signatures of consenting parties on the original agreed order.

/s/ Christina Williamson
Christina Williamson.

BWW#: MD-311153

cc:

Leander D. Barnhill, U.S. Trustee
U.S. Department of Justice
Office of the U.S. Trustee
6305 Ivy Lane
Suite 600
Greenbelt, MD 20770

David E. Lynn, Esq.
15245 Shady Grove Road
Suite 465 North
Rockville, MD 20850

Norman G. Schneider, Esq.
Kamerow Law Firm, PLLC
5001 Seminary Road, Suite 110
Alexandria, VA 22311

Yakov Daniel Brodsky aka Yakov Brodsky
6927 Greentree Road
Bethesda, MD 20817

Patterson Dental Supply, Inc.
5500 Wayzata Blvd, #1200
Minneapolis, MN 55416-1292

American Express
P.O. Box 1270
Newark, NJ 07101-1270

Aurum Labs
789 Tech Center Drive, Unit C
Durango, Co 81301-7749

Bank of America
P.O. Box 982238
El Paso, TX 79998

US Securities & Exchange Commission
Atlanta Reg Office and Reorganization
950 E Paces Ferry Road NW Ste 900
Atlanta, GA 30326-1382

Steven N. Leitess, Esq.
Silverman Thompson Slutkin & White LLC
201 N. Charles Street
Suite 2600
Baltimore, MD 21201

Ronald S. Canter, Esq.
The Law Offices of Ronald S. Canter, LLC
200A Monroe Street
Suite 104
Rockville, MD 20850

Owen Glan Hare, Esq.
Weinstock, Friedman & Friedman, P.A.
10461 Mill Run Circle
Suite 550
Owings Mills, MD 21117

Ellena Brodsky aka Ellen Brodsky
6927 Greentree Road
Bethesda, MD 20817

Altus GTS, Inc.
P.O. Box 1389
Kenner, LA 70063-1389

American Express Bank FSB
c/o Becket and Lee LLP, P.O. Box 3001
Malver, PA 19355-0701

Bank of America
NC4-105-03-14
P.O. Box 26012
Greensboro, NC 27420-6012

Bernick Lifson
5500 Wayzata Blvd., Ste 1200
Minneapolis, MN 55416-1251

Internal Revenue Service
Centralized Insolvency Section
P.O. Box 7346
Philadelphia, PA 19114

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC 28272

Cavalry SPV I, LLC
500 Summit Lake Drive, Ste 400
Valhalla, NY 10595-1340

DDS Dental Supplies
100 Red Schoolhouse Road
Unit A6
Spring Valley, NY 10977-7057

De Lage Financial Services
P.O. Box 41602
Philadelphia, PA 19101-1602

Douglas K. Hirsch, Esq.
Shulman, Rogers et al.
12505 Park Potomac Ave., 6th Floor
Potomac, MD 20854-6803

Elizabethean Court Assoc. IV, LP
10215 Fernwood Road
Bethesda, MD 20817

Glidewell Laboratories
4141 MacArthur Blvd.
Newport Beach, CA 92660-2015

John F. Donohoe & Sons
2101 Wisconsin Ave., NW
Washington, DC 20007-6224

Liptz, Roberts & Marquez
5530 Wisconsin Ave., Ste 1100
Chevy Chase, MD 20815-4311

Medicredit, Inc
P.O. Box 1629
Maryland Heights, MD 63043

NASA Federal Credit Union
P.O. Box 1588
Bowie, MD 20717-1588

Discover Financial Services, LLC
P.O. Box 3025
New Albany, OH 43054

Comptroller of the Treasury
Compliance Division, Room 409
301 W. Preston Street
Baltimore, MD 21201-2305

Darby Dental Supply LLC
c/o Richard M. Kind, Esq.
1 Church Lane
Baltimore, MD 21208-3709

Dentsply IH, Inc.
590 Lincoln Street
Waltham, MA 02451-2173

Everbank Commerical Finance, Inc.
10 Waterview Blvd., 2nd Floor
Parsippany, NJ 07054-1286

Capital One
PO Box 30285
Salt Lake City, UT 84130-0285

Henry Schein
Dept CH 10560
Palatine, IL 60055-0001

Keller Laboratories
160 Larkin Williams Industrial Ct.
Fenton, MO 63026-2409

Lyndsay E. Rowland
1608 Walnut Street, Ste 703
Philadelphia, PA 19103

NASA Federal Credit Union
500 Prince Georges Blvd.
Upper Marlboro, MD 20774-8732

National Dentex Corporation
3910 RC Boulevard, Ste 1015
Palm Beach Gardens, FL 33410

BWW#: MD-311153

Navient Solutions, LLC
Attn: Claims Dept
220 Lasley Ave
Wilkes-Barre, PA 18706

Patterson Dental Supply
5500 Waysata Blvd, 1200
Minneapolis, MN 55416

Practicon
1112 Sugg Parkway
Greenville, NC 27834

Pryor Cashman LLP
7 Times Square
New York NY 10036-6569

Square One Financial/CACH LLC
4340 S Monaco Street, 2nd Floor
Denver, Co 80237

Norman G Schneider
5001 Seminary Road, Suite 110
Alexandria, VA 22311

Taxing Authority of Montgomery County
Division of Treasury
255 Rockville Pike, Ste L-15
Rockville, MD 20850-4188

Toyota Motor Credit
3975 Fair Ridge #3
Fairfax, VA 22033-2911

Weinstock Friedman & Friedman
4 Reservoir Circle
Pikesville, MD 21208-7301

SunTrust Bank (Credit Card)
PO Box 79079
Baltimore, MD 21279-3018

On Deck Capital, Inc.
901 N. Stuart Street
Arlington, VA 22203

Pitney Bowes
c/o Caine & Weiner, P.O. Box 5010
Woodland Hills, CA 91365

Pro Health Capital
111 Old Eagle School Road
Wayne, PA 19087-1453

SAFCO Supply Co.
1111 Corporate Grove Drive
Buffalo Grove, IL 60089

State of Maryland DLLR
Division of Unemployment Insurance
1100 N. Eutaw Street, Room 401
Baltimore, MD 21201-2225

Synchrony Bank/Care Credit
950 Forrer Blvd.
Kettering, OH 45420-1469

Toyota Lease Trust
P.O. Box 9013
Addison, TX 75001-9013

Stuart Neil Herschfeld
101 South Washington Street
Rockville, MD 20850

Wells Fargo Practice Finance
2000 Powell Street, 4th Floor
Emeryville, CA 94608-1850

**END OF ORDER**